# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Jennifer Conidi, individually and on behalf of all others similarly situated, v. Beauty Industry Group Opco, LLC d/b/a Luxy Hair Co., and Does 1-10, inclusive

Case Number: 23-cv-2765

An appearance is hereby filed by the undersigned as attorney for:

Defendants, Beauty Industry Group Opco, LLC d/b/a Luxy Hair Co., and Does 1-10, incl.

Attorney name (type or print): Robert M. Andalman

Firm: A&G Law LLC

Street address: 542 S. Dearborn St., 10th Floor

City/State/Zip: Chicago, IL 60605

Bar ID Number: 6209454
(See item 3 in instructions)

Telephone Number: 312-341-3900

Email Address: randalman@aandglaw.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes ☒ No |
| Are you acting as local counsel in this case? | ☒ Yes ☐ No |
| Are you a member of the court's trial bar? | ☒ Yes ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes ☒ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 2, 2023

Attorney signature: S/ Robert M. Andalman
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015