# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JENNIFER CONIDI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEAUTY INDUSTRY GROUP OPCO, LLC; LUXY HAIR CO.; and DOES 1-10,<br><br>Defendants. | Case Number: 1:23-cv-02765<br><br>Honorable Judge Jeremy C. Daniel<br><br>**NOTICE OF SETTLEMENT** |

  Now comes the Plaintiff, JENNIFER CONIDI, by and through her attorneys, and hereby notifies the Court that the parties have reached a settlement to the above-captioned matter. The parties anticipate that they will be able to file a stipulation of dismissal with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of the putative class members, within the next sixty (60) days. Plaintiff respectfully requests the Court remove this matter from its active docket and grant the parties until November 25, 2023 to file a formal Stipulation of Dismissal.

              RESPECTFULLY SUBMITTED,

              JENNIFER CONIDI

              By: /s/ David B. Levin
                  Attorney for Plaintiffs
                  Law Offices of Todd M. Friedman, P.C.
                  707 Skokie Blvd., Suite 600
                  Northbrook, IL 60062
                  Phone: (224) 218-0882
                  Fax: (866) 633-0228
                  dlevin@toddflaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that, on September 25, 2023, a copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                            /s/ David B. Levin
                                            Attorney for Plaintiff