IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENNIFER CONIDI, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>BEAUTY INDUSTRY GROUP OPCO, LLC; LUXY HAIR CO.; and DOES 1-10,<br><br>                Defendants. | Case Number: 1:23-cv-02765<br><br>Honorable Judge Jeremy C. Daniel |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, JENNIFER CONIDI, by and through her undersigned counsel, hereby dismisses the above-captioned proceeding as to all Defendants with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendants BEAUTY INDUSTRY GROUP OPCO LLC; LUXY HAIR CO. and DOES 1-10 have not filed an answer or a motion for summary judgment.

By:    /s/ David B. Levin
       Attorney for Plaintiff
       Law Offices of Todd M. Friedman, P.C.
       707 Skokie Blvd., Suite 600
       Northbrook, IL 60062
       Phone: (224) 218-0882
       Fax: (866) 633-0228
       dlevin@toddflaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 20, 2023, a copy of the foregoing Notice of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff