# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jennifer Conidi

                     Plaintiff,

v.                                                   Case No.: 1:23−cv−02765

                                                          Honorable Jeremy C. Daniel

Beauty Industry Group Opco, LLC, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 21, 2023:

      MINUTE entry before the Honorable Jeremy C. Daniel: Pursuant to the Notice of Dismissal and Rule 41(a)(1)(A)(i), this case is dismissed with prejudice. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.